6 F.3d 778
 American States Ins. Co.
v.
Greater Beneficial Union District 56, Britamco Underwriters,
Inc., Hoag (Herbert M., Jr.), Loyal Order Moose Lodge #51 of
New Castle, Pennsylvania, Greater Beneficial Union of
Pittsburgh; Britamco Underwriters, Inc. v. Greater
Beneficial Union District 56, American States Insurance
Company, Hoag (Herbert M., Jr.), Loyal Order of Moose Lodge
#51, of New Castle, Pennsylvania
 NO. 93-3029
 United States Court of Appeals,
Third Circuit.
 Aug 31, 1993
 
 Appeal From: W.D.Pa.,
 Diamond, J.
 
 
 1
 AFFIRMED.